UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
LORI DRETZEL,

      Plaintiff,  : Index No. 04 CV 08113 (HB)

  - against -      **AFFIDAVIT OF SERVICE**

          :
THE NATIONAL FOOTBALL LEAGUE,
INC., AND STEVEN BORNSTEIN

          :

      Defendant.
- - - - - - - - - - - - - - - - - x
STATE OF NEW YORK }
         ss.:
COUNTY OF NEW YORK }

   IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:35 p.m. on October 18, 2004, he served the within SUMMONS AND COMPLIANT AND JURY DEMAND upon a Ms. Maryanne Vislocky, an Executive Assistant at The National Football League, Inc., at the following address:

   The National Football League, Inc.
   280 Park Avenue, 12th Floor
   New York, New York 10017

The service copy of the SUMMONS AND COMPLAINT AND JURY DEMAND, was received by a Ms. Vislocky, who said she was authorize to accepted Service on behalf of The National Football League, Inc., and Mr. Steven Bornstein . Ms. Vislocky is a white female, she has brown eyes and brown hair. He is approximately 5 feet 11 inches tall and approximately weighs 125 pounds. Ms. Vislocky is approximately 25 years of age.

             *Idris Mahmoud*
             IDRIS MAHMOUD
             LIC# 1151131

Sworn to before me this
18th day of October, 2004

*Jacquelyn E. Ford*
NOTARY PUBLIC

    JACQUELYN E. FORD
    Notary Public, State of New York
    No. 01FO4851616
    Qualified in Orange County
    Commission Expires February 3, 20__

Dretzel v. The National Football League, Inc. et al                  Doc. 3