UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
LORI DRETZEL,

                Plaintiff,         Index No. 04 CV 08113 (HB)

    - against -

                                 **AFFIDAVIT OF SERVICE**

THE NATIONAL FOOTBALL LEAGUE,
INC., AND STEVEN BORNSTEIN

               Defendant.
------------------------------- x
STATE OF NEW YORK   } ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:35 p.m. on October 18, 2004, he served the within SUMMONS AND COMPLIANT AND JURY DEMAND upon a Ms. Maryanne Vislocky, an Executive Assistant at The National Football League, Inc., at the following address:

        The National Football League, Inc.
        280 Park Avenue, 12th Floor
        New York, New York 10017

The service copy of the SUMMONS AND COMPLAINT AND JURY DEMAND, was received by a Ms. Vislocky, who said she was authorize to accepted Service on behalf of The National Football League, Inc., and Mr. Steven Bornstein . Ms. Vislocky is a white female, she has brown eyes and brown hair. He is approximately 5 feet 11 inches tall and approximately weighs 125 pounds. Ms. Vislocky is approximately 25 years of age.

                                                        _/s/ Idris Mahmoud_
                                                        IDRIS MAHMOUD
                                                        LIC# 1151131

Sworn to before me this
18th day of October, 2004

_/s/ Jacquelyn E. Ford_
NOTARY PUBLIC

                        JACQUELYN E. FORD
                    Notary Public, State of New York
                         No. 01FO4851616
                    Qualified in Orange County
              Commission Expires February 3, 2006