USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/04

U.S. DISTRICT COURT
FILED
NOV 15 2004
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - -x

LORI DRETZEL,

        Plaintiff,

  -against-

THE NATIONAL FOOTBALL LEAGUE, INC.,
and STEVEN BORNSTEIN,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - -x

BAER, J

04 Civ. 08113 (HB)

STIPULATION AND ORDER

      Plaintiff Lori Dretzel, by her attorneys, The Law Offices of Neal Brickman, and Defendant The National Football League, LLC ("NFL"), by its attorneys, Sullivan & Cromwell LLP, hereby stipulate that the NFL's time to answer or move with respect to the complaint herein shall be extended until November 30, 2004.

Dated: November 5, 2004

_____ (RP 3722)
Neal Brickman (NB 0874)
Gregory G. Barnett (GGB 3751)
THE LAW OFFICES OF NEAL BRICKMAN
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 986-6840

Attorneys for Plaintiff

MICROFILM -3:00 PM NOV 15 2004

Dockets.Justia.com

_____
Theodore O. Rogers, Jr. (TR 5279)
Lan X. Nguyen (LN 4778)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Attorneys for Defendant
The National Football League, LLC

SO ORDERED: _____ 11/16/04
Hon. Harold Baer, U.S.D.J.

-2-