

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORI DRETZEL,

                Plaintiff,

- against -

THE NATIONAL FOOTBALL LEAGUE, INC., AND
STEVEN BORNSTEIN,

                Defendants.

STIPULATION AND ORDER

Index No. 04 Civ. 08113 (HB)

    Defendant Steven Bornstein ("Bornstein"), by his attorneys, Nixon Peabody LLP, and plaintiff Lori Dretzel, by her attorneys, the Law Offices of Neal Brickman, hereby stipulate that Bornstein's time to answer or move with respect to the Complaint herein shall be extended until November 30, 2004.

Dated: New York, New York
       November 12, 2004

_____
Jerome P. Coleman (JC 7818)
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
(212) 940-3171
Attorneys for Defendant Steven Bornstein

_____
Neal Brickman (NB 0874)
THE LAW OFFICES OF NEAL BRICKMAN
317 Madison Avenue
New York, New York 10017
(212) 986-6840
Attorneys for Plaintiff

SO ORDERED:

_____
Hon. Harold Baer, U.S.D.J.