UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LORI DRETZEL,

               Plaintiff,  :  04 Civ. 08113 (HB)

               -against-

:  RULE 7.1 STATEMENT

THE NATIONAL FOOTBALL LEAGUE, INC.,
and STEVEN BORNSTEIN,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The National Football League (the "NFL") certifies that there are no corporate parents, affiliates and/or subsidiaries of the NFL that are publicly held as of November 30, 2004.

Dated:   November 30, 2004
            New York, New York

                                                    Respectfully submitted,

                                                    Theodore O. Rogers, Jr. (TR 5279)
                                                  Lan X. Nguyen (LN 4778)
                                                  SULLIVAN & CROMWELL LLP
                                                  125 Broad Street
                                                  New York, New York 10004
                                                  (212) 558-4000

                                                  Attorneys for Defendant
                                                  The National Football League