S&C LLP 125 BD 27FL                                              ☑ 002/002

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*



LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

December 9, 2004

By Facsimile

The Honorable Harold Baer,
 United States District Court,
  Southern District of New York,
   500 Pearl Street,
    New York, NY 10007.

    Re: Dretzel v. The National Football League, Inc. and Steven Bornstein
     04 Civ. 08113 (HB)

Dear Judge Baer:

   We represent defendant National Football League in the above-referenced matter. Due to a scheduling conflict, we respectfully request that the Pre-Trial Conference scheduled for January 20, be adjourned until January 27. We have conferred with plaintiff's counsel, Gregory G. Barnett, and Mr. Bornstein's counsel, Jerome Coleman, and they consent to this request.

            Respectfully submitted,

            Theodore O. Rogers

cc: Gregory G. Barnett (Casey & Barnett, LLC)
  Jerome Coleman (Nixon Peabody LLP)
  (By Facsimile)

*I will adjourn this once + this as it at 3:30 PM*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 12/10/04

I will adjourn this matter once and this is it.  2/3/05 at 3:50 pm.