UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

Lori Dretzel

      Plaintiff,    04 Civ. 08113 (HB)

  - against -      Order Of
            Discontinuance
The National Football League, Inc.,
and, Steven Bornstein,

      Defendants.
-----------------------------------------x

Hon. HAROLD BAER, JR., District Judge:

  This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

  ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by February 17, 2005, any party may apply to have the action reopened, and it is further

  ORDERED that the Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

SO ORDERED:
New York, New York

Dated: 2/2/05           _____
                        U.S.D.J.

I hereby consent to the entry of this proposed order:

_____
Attorney for Plaintiff
(Neal Brickman, NB 0874)

_____
Attorney for Defendant
National Football League

_____
Attorney for Defendant
Steven Bornstein

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 2-2-05]