Dretzel v. The National Football League, Inc. et al                                                                                                  Doc. 13
02/17/2005  15:37    2122860261                    CASEY AND BARNETT                              PAGE  01/01
Case 1:04-cv-08113-HB   Document 13   Filed 02/22/2005   Page 1 of 1

# THE LAW OFFICES OF
# NEAL BRICKMAN

317 Madison Avenue
21st Floor
New York, New York 10017

NEAL BRICKMAN
VIRGINIA A. REILLY
JUDITH L. GOLDSBOROUGH
ROBERT D. POPPER
ETHAN Y. LEONARD
NICOLE M. VAN GENDT
RAMÓN A. PAGÁN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-05

TELEPHONE:
212.986.6840

FAX:
212.986.7691

February 17, 2005

*Via Facsimile*                                 212-805-7901
The Honorable Harold Baer, Jr.
United States District Court Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

    Re:   *Dretzel v. The National Football League, Inc. and Steven Bornstein*
          04 Civ. 08113 (HB)

Dear Honorable Judge:

   We represent the plaintiff, Ms. Lori Dretzel, in the above mentioned matter and respectfully request the Court for an extension of time to finalize settlement. This is plaintiff's first request for an extension of time in this matter. Defendant Bornstein does not object to this request and defendant NFL has not been able to reach its client and therefore cannot provide an answer as to whether it objects.

   Pursuant to the Order of Discontinuance, should settlement not be finalized by February 17, 2005 any party may apply to have the matter reopened. Although the parties have been amicably working towards the wording of the Release, there are a few issues that still need to be resolved. Plaintiff believes that an additional 14 days to finalize the settlement will allow sufficient time to complete the Releases and/or determine whether it is necessary to reopen the litigation.

   We appreciate the Court's patience in this matter.

                                        Respectfully,
                                        The Law Offices of Neal Brickman

                                        Neal Brickman (NB 0874)

cc:  Jerome Coleman      *atty for Bornstein*    212-212—940-3111
     Theodore Rogers     *atty for NFL*          212-558-3588

*Application granted. Time to finalize settlement is extended to 3/4/05. So ordered. 2/22/05 [signature]*

Dockets.Justia.com